# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-six.

---

Tomas Eduardo Nevarez Jurado,

          Petitioner - Appellee,

   v.

Joseph E. Freden, in his official capacity as Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement, Stephen J. Kurzdorfer, In his official capacity as Acting Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement, Todd Lyons, In his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security,

          Respondents - Appellants.

---

**ORDER**

Docket No. 26-642

Appellants move for voluntary dismissal of this appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court